BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Assistant United States Attorney
Christopher.Cardani@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00236 |
| v. | **GOVERNMENT'S MOTION TO SEAL COMPLAINT AND AFFIDAVIT** |
| **MAURICE LONNIE MONSON,** | |
| Defendant. | |

The United States of America moves the Court for an order sealing the complaint and supporting affidavit, as disclosure of the documents at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause intimidation of potential witnesses, or otherwise seriously jeopardize this investigation.

///

///

///

Motion to Seal Complaint and Affidavit                                                                         Page 1

The government further requests that the government be authorized to provide copies of the complaint and supporting affidavit to attorneys for any defendants in this case as part of its discovery obligations.

Dated: September 10, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney


*/s/ Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney