**Alison M. Clark, OSB No. 080579**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: alison_clark@fd.org**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**MAURICE LONNIE MONSON,**<br><br>    **Defendant** | Case No.  3:20-cr-00441-MO<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE** |

I, Alison Clark, declare:

1. I am an Assistant Federal Public Defender and counsel of record for Maurice Lonnie Monson.

2. Mr. Monson was arraigned on October 20, 2020 for a charge of Felon in Possession of Body Armor, 18 U.S.C. § 931.  Mr. Monson is presently out of custody.

3. A continuance of the trial date for at least ninety days is necessary to provide the defense with adequate time to conduct independent investigation, including witness interviews; to engage in plea negotiations; and to prepare, if necessary, for trial.  The defense also requires

**Page 1- DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE**

additional time to complete research into possible defenses, to research and file appropriate legal motions, and to otherwise prepare for trial.

    4.    Assistant United States Attorney Christopher Cardani has represented that he has no objection to the requested extension.

    5.    Defense counsel has spoken with Mr. Monson and explained the bases for requesting a continuance, and the rights that he has under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)). Mr. Monson knowingly and voluntarily waives his rights under the Speedy Trial Act. He respectfully requests that the Court continue his trial date for at least ninety days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 2nd day of December, 2020.

                                            */s/ Alison M. Clark*
                                            Alison M. Clark
                                            Assistant Federal Public Defender