SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**CHRISTOPHER CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00441-MO |
| v. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| MAURICE LONNIE MONSON<br>Aka Reesey Piecey,<br>    Defendant. | |

The Government moves the court for an order dismissing the above referenced Indictment without prejudice in the best interest of justice.

Dated March 9, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/Christoper Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney