# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00441-MO |
| v. | ORDER DISMISSING INDICTMENT |
| MAURICE LONNIE MONSON<br>Aka Reesey Piecey, | |
| Defendant. | |

On motion of the Government, the court hereby ORDERS the indictment referenced above DISMISSED without prejudice in the best interest of justice.

DATED March  9th  , 2021.

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
United States District Judge


Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/Christoper Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney